No. 01–10102.  CASTRO v. CHANDLER, WARDEN.  C. A. 5th Cir.
Certiorari denied.

No. 01–10109.  JOHNSON v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 01–10112.  WELKER v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 01–10117.  BEAHM v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 01–10120.  OCHOA-OLIVAS v. UNITED STATES.  C. A. 10th
Cir.  Certiorari denied.

No. 01–10123.  RICHARDS v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 01–10125.  COLEMAN v. DEWITT, WARDEN.  C. A. 6th Cir.
Certiorari denied.

No. 01–10126.  RUMARO v. UNITED STATES.  Ct. App. D. C.
Certiorari denied.

No. 01–10128.  JONES v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 01–10129.  SMITH v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 01–10131.  SHACKLEFORD v. UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.

No. 01–10133.  ODIODIO, AKA SULEMAN v. UNITED STATES.
C. A. 5th Cir.  Certiorari denied.

No. 01–10135.  CERVANTES-NAVA v. UNITED STATES.  C. A.
5th Cir.  Certiorari denied.

No. 01–10136.  ACEVEDO-CRUZ v. UNITED STATES PAROLE
COMMISSION.  C. A. 5th Cir.  Certiorari denied.

No. 01–10144.  CHARLUISANT-PAGAN v. VASQUEZ, WARDEN.
C. A. 11th Cir.  Certiorari denied.